UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| GOODLUCK MAFFIKIRI MELCHIORY | * | CIVIL ACTION NO. 14-0169 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| ERIC HOLDER, JR., ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, DECREED that Respondent's Motion to Dismiss [Doc. No. 11] is hereby GRANTED, and the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 25th day of June, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **GOODLUCK MAFFIKIRI MELCHIORY** | * | **CIVIL ACTION NO. 14-0169**<br>Section P |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **ERIC HOLDER, JR., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED that respondent's motion to dismiss [doc. # 11] is hereby GRANTED, and that the Petition for Writ of Habeas Corpus is DISMISSED, without prejudice, for lack of subject matter jurisdiction. Fed.R.Civ.P. 12(b)(1).

THUS DONE AND SIGNED this _____ day of _____ 2014, Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE